■ In the Matter of GENESEE VALLEY NATIONAL BANK AND TRUST COMPANY OF GENESEO, as Trustee under the Will of

JAMES W. WADSWORTH, Deceased. KEY BANK OF CENTRAL NEW YORK, Appellant; ALICE W. STRONG, Respondent.—Order unanimously affirmed without costs for reasons stated at Livingston County Surrogate's Court, Smith, S. (Appeal from order of Livingston County Surrogate's Court, Smith, S.—accounting.) Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.